## Case No. 15,927a.

UNITED STATES v. ONE CASE OF WATCHES, MARKED U. H. B. D.

[New York Times, Dec. 19, 1861.]

District Court, N. D. New York. Dec. 19, 1861.

CUSTOMS DUTIES—UNDERVALUATION—FORFEITURES.

This was an action brought to forfeit the goods on the ground of undervaluation with intent to evade the payment of duties. The goods were imported in October, 1860, on board the Vanderbilt, by the claimant, Bernard Daws. The government gave testimony to show that the watches were undervalued in the invoice some 330 francs, or over ten per cent. The claimant gave evidence tending to show the accuracy of the invoice. The amount of difference in the duty between the invoice value and that put upon the goods by the appraisers, was less than five dollars. The jury went out at the adjournment of the court.

[Before HALL, District Judge.]

The jury this morning brought in a sealed verdict in this case. The verdict was for the United States condemning the goods for undervaluation.